**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

Via E-mail and ECF

April 21, 2023

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. Robert Pope
            23 CR 58 (NSR)

Dear Honorable Román:

    I am writing in relation to the conference scheduled on April 24, 2023 in the above referenced case. I have been in discussions with the Government about a potential resolution and we jointly request that the conference be postponed so that these discussions may continue. My understanding is that the Court has availability on June 8, 2023 at noon. That time works for both me and the Government. Should this request be granted, I consent to the exclusion of time.

                            Respectfully,

                            //s

                            Benjamin Gold
                            Assistant Federal Defender

cc:    AUSA Marcia Cohen

**The parties' joint request to adjourn the in-person Status Conf. from April 24, 2023 until June 8, 2023 at 12 noon is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 34.
Dated: White Plains, NY
       April 21, 2023**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2023